AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Georgia
### Statesboro Division

U.S. DISTRICT COURT AUGUSTA DIV.

2015 OCT 23  AM 9: 28

CLERK_____

SO. DIST. OF GA.

|  |  |
|---|---|
| United States of America | ) |
| v. | ) Case No:   6:12CR00018-20 |
| Lawrence Michael Drayton | ) |
|  | ) USM No:   11938-180 |
| Date of Original Judgment:     July 30, 2013 | ) |
| Date of Previous Amended Judgment: | ) Matthew K. Hube |
| (Use Date of Last Amended Judgment if Any) | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of    ☐ the defendant    ☐ the Director of the Bureau of Prisons    ☒ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     July 30, 2013     shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   10/23/15

_____
Judge's signature

Dudley H. Bowen, Jr.
United States District Judge

Effective Date:    November 1, 2015
        *(if different from order date)*                    *Printed name and title*