# UNITED STATES DISTRICT COURT
## for the
Southern District of Georgia
Statesboro Division

*FILED U.S. DISTRICT COURT AUGUSTA DIV.*
*2019 AUG 27 AM 11:39*
*CLERK J. Hodge*
*SO. DIST. OF GA.*

United States of America

v.

Lawrence Michael Drayton

Case No: 6:12CR00018-20

USM No: 11938-180

Date of Original Judgment: July 30, 2013
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Matthew K. Hube
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

Except as otherwise provided, all provisions of the judgment dated July 30, 2013 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 8/26/2019

*Judge's signature*

Effective Date: _____

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia