IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 612-018 |
| | * | |
| LAWRENCE MICHAEL DRAYTON | * | |

ORDER

Before the Court is the United States Government's motion to seal Exhibits A and B of its response to Defendant Lawrence Michael Drayton's motion for compassionate release. Upon consideration, the motion to seal (doc. 1481) is **GRANTED**. The aforementioned exhibits shall remain sealed until further Order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of August, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA